

# THE THIRTEENTH COURT OF APPEALS

---

## 13-24-00188-CV

---

MARIA AIDE DELGADO A/K/A TRACK W330'-N156' FT 266 1.18 AC GR 0.84 AC NET, A/K/A 7222 NORTH MILE 4 WEST, A/K/A RR9 BOX 404-P WESLACO, TEXAS

v.

THE STATE OF TEXAS AND THE HIDALGO SHERIFF'S DEPARTMENT

---

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-3551-23-A

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

June 27, 2024